United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIQIANG WEI,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID CHANDLER, et al.,<br><br>    Defendants. | Case No. 18-cv-02578-EMC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff Liqiang Wei filed this lawsuit against Defendants David Chandler and Oxford University Press, alleging that Defendant Chandler "stole" a formula that Mr. Wei had created. In his amended complaint, Mr. Wei asserted claims under the criminal statutes 18 U.S.C. § 641 and 18 U.S.C. § 1001, as well as what could be construed as a fraud claim. *See* Docket No. 8 at 3. On July 9, 2018, Magistrate Judge Westmore issued a report recommending the dismissal of Mr. Wei's claims under 18 U.S.C. § 641 and 18 U.S.C. § 1001 with prejudice because they do not create civil causes of action, and the dismissal of his fraud claim without prejudice for failure to comply with the requirements of Federal Rule of Civil Procedure 9(b). *See* Docket No. 10 at 3.

On July 31, 2018, the Court adopted Judge Westmore's report and recommendation. *See* Docket No. 31. The Court allowed Mr. Wei 30 days in which to amend his complaint to plead his fraud claim in compliance with Rule 9(b). This deadline passed on August 30, 2018, and Mr. Wei has not filed an amended complaint.

Accordingly, the Court hereby **DISMISSES** Mr. Wei's remaining fraud claim. The dismissal is without prejudice.

The Clerk shall enter judgment and close this case.

**IT IS SO ORDERED**.

Dated: 9/4/2018

_____
EDWARD M. CHEN
United States District Judge